AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| **JonPaul Marcel Nadeau** <br> *Plaintiff(s)* <br> <br> v. <br> <br> **Islander Media Group, Inc.** <br> *Defendant(s)* | Civil Action No.: 1:25-cv-22261-KMW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Islander Media Group, Inc.
Serve: Registered Agent: REY, JUSTO
104 Crandon Blvd
Suite 301
Key Biscayne, FL 33149

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

George N. Colville
**SRIPLAW, P.A.**
9100 South Dadeland Boulevard, Suite 1500
Miami, Florida 33156
786.297.8709
george.colville@sriplaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: May 19, 2025

Angela E. Noble
Clerk of Court

s/ Nadhege Augustin
Deputy Clerk
U.S. District Courts

SUMMONS